UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>CHARLES PARKER COUCH, *et al.*,<br>    Defendants. | Case No. 2:24-cv-00352-ART-NJK<br><br>**Order** |

This case was initiated in this Court on diversity grounds. *See* Docket No. 8.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to it. *See* Docket No. 9.[2]

Accordingly, Plaintiff must file an amended certificate of interested parties by February 27, 2024, fully identifying the citizenship of every individual and entity attributed to it..

IT IS SO ORDERED.

Dated: February 23, 2024

                                                                             Nancy J. Koppe<br>
                                                                             United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

[2] Plaintiff mistitled its certificate of interested parties as that of Defendants. *See* Docket No. 9 at 1. Plaintiff must accurately title all filed documents.

1