**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY<br><br>Plaintiff,<br>vs.<br><br>CHARLES PARKER COUCH, individually and on behalf of E. C., a minor; MELISSA JO COUCH, individually and on behalf of E. C., a minor; DOES I through X; ROES I through X;<br><br>Defendants. | CASE NO.: 2:24-cv-00352-ART-NJK<br><br>**SCHEDULING ORDER** |

Date of Conference: March 26, 2024<br>Time of Conference: 1:30 p.m.

A. <u>Meeting.</u>  Pursuant to Fed. R.Civ.P. 26(f) and LR 26-1(a), a meeting was held on March 26, 2024, and was attended by:

James P. C. Silvestri, Esq. for the Plaintiff, SPINNAKER INSURANCE COMPANY, and Matthew P. Pawlowski, Esq. for the Defendants, CHARLES PARKER COUCH and MELISSA JO COUCH, individually and on behalf of E. C., a minor.

B. <u>Pre-Discovery Disclosures.</u>  The parties will make initial disclosures no later than **April 9, 2024**, as required by Fed.R.Civ.P. 26(a).

C. <u>Discovery Plan.</u>  The parties jointly propose to the Court the following discovery plan:

1. <u>Subjects of Discovery.</u>  The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure including, but not limited to, the residency of Defendants for jurisdictional purposes, as well as all facts and circumstances surrounding the allegations contained in Plaintiff's Complaint and Defendants' Affirmative Defenses thereto.

2. <u>Discovery Cut-Off Date(s).</u>  Discovery will take 180 days, measured from March 14, 2024, which is the date the first Defendant appeared in this matter, and means all discovery must be completed by **September 10, 2024**.  The Discovery dates are **SUBMITTED IN COMPLIANCE WITH LR 26-1(b).**

3. <u>Amending the Pleadings and Adding Parties:</u> The last date for filing motions to amend the pleading or to add parties shall not be later than 90 days prior to the close of discovery. In this action the last date for filing motions to amend the pleadings or add parties shall be **June 12, 2024**.

4. <u>FRCP 26(a)(2) Disclosures (Experts):</u> The last date for disclosure of expert witnesses shall be 60 days before the discovery cut-off date. in this action, the last date for disclosure of experts shall be **July 12, 2024**.

5. <u>Dispositive Motions:</u> The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. in this action, the last date for filing dispositive motions will be **October 10, 2024**.  Rebuttal experts due: **August 12, 2024**.

6. <u>Pretrial Order:</u> The joint pretrial order shall be filed no later than 30 days after the date set for filing dispositive motions. in this action, the joint pretrial order shall be filed on or before **November 11, 2024**.  If dispositive motions are filed the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

7. **FRCP 26(A)(3) Disclosures:** The disclosures required by FRCP 26(a)(3) shall be made on or before **December 30, 2024**.

8. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation and did not come to an agreement at this time.

9. The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 or the use of the Short Trial Program (General Order 2013-01);

10. The parties do not intend to present evidence in electronic format to jurors for the purposes of jury deliberations.

RESPECTFULLY SUBMITTED this 4th day of April 2024.

| PYATT SILVESTRI | THE702FIRM INJURY ATTORNEYS |
|---|---|
| /s/ James P. C. Silvestri | /s/ Matthew P. Pawlowski |
| JAMES P. C. SILVESTRI, ESQ. | MICHAEL C. KANE, ESQ. |
| Nevada Bar No. 3603 | Nevada Bar No. 10096 |
| 701 Bridger Ave., Suite 600 | BRADLEY J. MEYERS, ESQ. |
| Las Vegas, NV 89101 | Nevada Bar No. 8857 |
| *Attorney for Plaintiff,* | MATTHEW P. PAWLOWSKI, ESQ. |
| SPINNAKER INSURANCE COMPANY | Nevada Bar No. 9889 |
| | 8335 W. Flamingo Road |
| | Las Vegas, NV 89147 |
| | *Attorneys for Defendants,* |
| | CHARLES PARKER COUCH and MELISSA JO COUCH |

/ / /

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.
Dated: April 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge