1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY,<br>　　　　　　Plaintiff, | CASE NO.:  2:24-cv-00352-ART-NJK |
| vs. | |
| CHARLES PARKER COUCH, individually<br>and on behalf of E. C., a minor; MELISSA JO<br>COUCH, individually and on behalf of E. C., a<br>minor; DOES I through X; ROES I through X, | **ORDER GRANTING** |
| 　　　　Defendants. | |

**STIPULATION TO FACTS AND ORDER TO DISMISS
WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(11)**

Pursuant to FRCP 41(a)(1)(11), the parties, through their respective undersigned counsel, jointly submit this Stipulation to Facts and Order to Dismiss with Prejudice.

**WHEREAS**:

1.  Plaintiff issued insurance policy No. HTX-1503505-02 (the "Policy") to Charles and Melissa Jo Couch; and WHEREAS

2.  On or around July 22, 2022, through July 25, 2022, while staying at the Circus-Circus Hotel in Las Vegas, Nevada, Defendants their daughter, E.C., became ill and had to be taken to the hospital.  It has been alleged that E. C. became ill after ingesting a foreign substance, perhaps left on the floor of their hotel room (the "Incident") and WHEREAS

3.  Defendants filed suit against Circus-Circus, Cand No. A-23-881079-C (the "Underlying Action"); and WHEREAS

4.  In response to the Complaint filed in the Underlying Action, Circus-Circus filed an

1

Answer and Counterclaim against Defendants, CHARLES PARKER COUCH and MELISSA COUCH, asserting claims for Contribution; and WHEREAS

5.  The Defendants, CHARLES PARKER COUCH, individually and on behalf of E. C., a minor; MELISSA JO COUCH, individually and on behalf of E. C., tendered the Counterclaim to Plaintiff SPINNAKER for indemnity and defense under the Policy; and WHEREAS

6.  Following completion of initial discovery in the above-captioned matter, the PARTIES acknowledge that the Policy does not provide insurance coverage to the Defendants for the claims made in the Counterclaim in the Underlying Action,

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff, SPINNAKER INSURANCE COMPANY, and Defendants, CHARLES PARKER COUCH, individually and on behalf of E. C., a minor; MELISSA JO COUCH, individually and on behalf of E. C., a minor, by and through their respective counsel (the "PARTIES"), that

A.  The Plaintiff does not owe insurance coverage to the Defendants under the Policy for the claims asserted in the Counterclaim in the Underlying Action.

B.  Plaintiff does not owe indemnity to the Defendants for the claims asserted in the Counterclaim in the Underlying Action.

C.  Plaintiff does not owe a defense to the Defendants for the claims asserted in the Counterclaim in the Underlying Action.

D.  Plaintiff will withdraw its defense of Defendants in the Underlying Action.

E.  The PARTIES hereby notify the Court, that the above-captioned matter is resolved through this stipulation and this matter should be dismissed in its entirety, with prejudice, including all claims that were or could have been asserted herein, with prejudice.  Each party agrees to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

2

1       This case has not been scheduled for trial.

2   Dated this 3rd day of July, 2024.            Dated this 3rd day of July, 2024.

3   PYATT SILVESTRI                 THE702FIRM INJURY ATTORNEYS

4   /s/ James P.C. Silvestri              /s/ Matthew P. Pawlowski

5   JAMES P. C. SILVESTRI, ESQ.       MICHAEL C. KANE, ESQ.
    Nevada Bar No. 3603               Nevada Bar No. 10096

6   701 Bridger Ave., Suite 600        BRADLEY J. MEYERS, ESQ.
    Las Vegas, NV 89101               Nevada Bar No. 8857

7   Attorneys for Plaintiff,          MATTHEW P. PAWLOWSKI, ESQ.
    *SPINNAKER INSURANCE COMPANY*  Nevada Bar No. 9889

8                                  8335 W. Flamingo Road

9                                  Las Vegas, NV 89147
                                   *Attorneys for Defendants,*

10                                 *CHARLES PARKER COUCH* and
                                   *MELISSA JO COUCH*

11

12                    **ATTESTATION OF CONCURRENCE IN FILING**

13       I hereby attest and certify that on this 3rd day of July, 2024, I received concurrence from

14   Plaintiff's counsel, MATTHEW P. PAWLOWSKI, ESQ, to file this document with their

15   electronic signatures attached.

16       I certify under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct.

18       Dated this 3rd day of July, 2024.

19                          /s/ James P.C. Silvestri
                            JAMES P.C. SILVESTRI

20                          Nevada Bar No. 3603

21

22

23

24

25

26

27

28

3

1

## **ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

_____
ANNE R. TRAUM
U. S. DISTRICT JUDGE

DATED: July 9, 2024

4